**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

K-5 Leisure Products, Inc., as the secured creditor for K-tel International (USA), Inc.,

Plaintiff,

vs.

Trans World Entertainment Corporation,

Defendant.

Court File No.: 01-1951 DWF/AJB

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsel that the time within which Defendant Trans World Entertainment Corporation shall answer or otherwise respond to Plaintiff's Complaint may be extended to November 26, 2001.

Date: November 16, 2001

THOMAS E. PROPSON (#231046)
SUSAN K. FITZKE (#294032)
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Trans World Entertainment Corporation***

NOV 21 2001
FILED
RICHARD D. SLETTEN CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 19, 2001

**LARRY B. RICKE** (#121800)
**BLAKE SHEPARD** (#161536)
LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

***Attorneys for K-5 Leisure Products, Inc.***

**IT IS HEREBY ORDERED:**

Exercising its authority under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court extends the time within which the Defendant shall answer or otherwise respond to the Plaintiff's Complaint through November 26, 2001.

Dated: 11/21/01

**Hon. Arthur J. Boylan**
United States Magistrate Judge

925565.1