**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

K-5 LEISURE PRODUCTS, INC., as the secured creditor of K-tel International (USA), Inc.,

Plaintiff,

v.

TRANS WORLD ENTERTAINMENT CORPORATION,

Defendant.

Civil No. 01-1951 (DWF/AJB)

**ORDER OF REFERENCE**

---

Blake Shepard, Jr., Esq., and Larry Ricke, Esq., Leonard Street and Deinard, 150 5th Street South, Suite 2300, Minneapolis, MN 55402, counsel for Plaintiff.

Thomas Propson, Esq., and Susan Fitzke, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South 6th Street, Minneapolis, MN 55402, counsel for Defendant.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss or Stay is referred to Magistrate Judge Arthur J. Boylan.

This referral order is based on the letter of service received from defense counsel. Counsel are directed to call and schedule the motion with Calendar Clerk Kathy Thobe at 651-848-1210.

Dated: November 27, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 28 2001
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________