**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

K-5 Leisure Products, Inc., as the secured creditor for K-tel International (USA), Inc.,

Plaintiff,

vs.

Trans World Entertainment Corporation,

Defendant.

Court File No.: 01-1951 DWF/AJB

**STIPULATION TO EXTEND TIME TO ANSWER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsel that the time within which Defendant Trans World Entertainment Corporation shall answer Plaintiff's Complaint may be extended to ten (10) days following the Court's issuance of a final Order on Defendant's Motion to Dismiss or Stay Proceedings.

Date: November 30, 2001

Susan K. Fitzke

**THOMAS E. PROPSON** (#231046)
**SUSAN K. FITZKE** (#294032)
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Trans World Entertainment Corporation***

FILED DEC 0 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 12/5/01

LARRY B. RICKE (#121800)
BLAKE SHEPARD (#161536)
*LEONARD, STREET AND DEINARD*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

***Attorneys for K-5 Leisure Products, Inc.***

**IT IS HEREBY ORDERED:**

Exercising its authority under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court extends the time within which Defendant shall answer Plaintiff's Complaint to ten (10) days following the Court's issuance of a final Order on Defendant's Motion to Dismiss or Stay Proceedings.

Dated: 12/5/01

**Hon. Arthur J. Boylan**
United States Magistrate Judge

927963.1