**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

K-5 Leisure Products, Inc., as the secured creditor for K-tel International (USA), Inc.,

Plaintiff,

vs.

Trans World Entertainment Corporation,

Defendant.

Court File No.: 01-1951 DWF/AJB

**STIPULATION TO TIME TO SERVE BRIEFS** AND ORDER

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsel that, pursuant to the November 29, 2001 letter of Blake Shepard, Jr., attached hereto as exhibit A, Plaintiff K-5 shall serve its brief in response to Defendant TWEC's Motion to Dismiss by January 4, 2002; that, pursuant to Local Rule 7.1, Defendant TWEC shall serve its brief in reply to Plaintiff K-5's responsive brief by January 11, 2002; and that, pursuant to Local Rule 7.1, Defendant TWEC's Motion to Dismiss and supporting documents shall be filed with the Court only after said Motion has been fully briefed by all parties.

Date: December 7, 2001

Susan K. Fitzke

THOMAS E. PROPSON (#231046)
SUSAN K. FITZKE (#294032)
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
***Attorneys for Trans World Entertainment Corporation***

DEC 17 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 12/10/01

**LARRY B. RICKE** (#121800)
**BLAKE SHEPARD** (#161536)
LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

***Attorneys for K-5 Leisure Products, Inc.***

**IT IS HEREBY ORDERED:**

Exercising its authority under Local Rule 7.1, the Court orders that Plaintiff K-5's brief in response to TWEC's Motion to Dismiss shall be served by January 4, 2002, that Defendant TWEC's reply brief shall be served by January 11, 2002, and that Defendant TWEC's Motion to Dismiss and supporting documents shall be filed with the Court only after said Motion has been fully briefed by all parties.

Dated: 12/14/01

**Hon. Arthur J. Boylan**
United States Magistrate Judge

928289.1

# LEONARD, STREET AND DEINARD

PROFESSIONAL ASSOCIATION

November 29, 2001

Blake Shepard
612-335-1587
blake.shepard@leonard.com

**VIA FACSIMILE and U.S. MAIL**
Thomas E. Propson
Meagher & Geer
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402

***Re: K-5 Leisure Products, Inc. vs. Trans World Entertainment***
***Federal Case No.: 01-1951 (DWF/AJB)***

Dear Tom:

As we discussed today and as confirmed by my subsequent voice mail message, Trans World's Motion to Dismiss has been scheduled for hearing before Magistrate Judge Boylan on January 16, 2002, at 1:30 p.m. Magistrate Judge Boylan's scheduling clerk asked if you would file a Notice of Motion and Motion with the Court containing the appropriate date and time for the hearing. As we discussed, K-5 will serve its responsive brief by the end of the day on Friday, January 4, 2002. If you have any questions, or if this letter is inconsistent with your understanding of our conversations, please feel free to give me a call. Thanks for your cooperation.

Sincerely,

LEONARD, STREET AND DEINARD

Blake Shepard, Jr.

BS/dh

Enc.

EXHIBIT A