UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

K-5 Leisure Products, Inc., Civil No. 01-1951 DWF/AJB

Plaintiff,

v. NOTICE OF HEARING

TRANS WORLD ENTERTAINMENT CORP.,

Defendant.

---

You are hereby given notice that Defendant's motion to Dismiss will be held on January 16, 2002, at **2:00 p.m.**, in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge. The hearing was previously scheduled at 1:30 p.m. on the same date.

Dated: January 2, 2002

Arthur J. Boylan
United States Magistrate Judge

Filed JAN 0 2 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________