**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

K-5 LEISURE PRODUCTS, INC., as the secured creditor of K-tel International (USA), Inc.,

Plaintiff,

v.

TRANS WORLD ENTERTAINMENT CORPORATION,

Defendant.

Civil No. 01-1951 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Blake Shepard, Jr., Esq., and Larry Ricke, Esq., Leonard Street and Deinard, 150 5th Street South, Suite 2300, Minneapolis, MN 55402, counsel for Plaintiff.

Thomas Propson, Esq., and Susan Fritzke, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South 6th Street, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 8, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR - 8 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______