**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

K-5 Leisure Products, Inc., as the secured creditor for K-tel International (USA), Inc.,

Plaintiff,

v.

Trans World Entertainment Corporation,

Defendant.

Court File No.: 01-1951 DWF/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff K-tel K-5 Leisure Products, Inc. and Defendant Trans World Entertainment Corporation through their respective counsel, that all claims in the above-entitled litigation shall be, and the same are hereby, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

Date: March 27, 2002

THOMAS E. PROPSON
SUSAN K. FITZKE
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Trans World Entertainment Corporation***

APR 03 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 03 2002
DEPUTY CLERK

Dated: 3/27/02

Blake Shepard

**LARRY B. RICKE**
**BLAKE SHEPARD**
*LEONARD, STREET AND DEINARD*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

***Attorneys for K-5 Leisure Products, Inc.***

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by K-5 Leisure Products, Inc. and Defendant Trans World Entertainment Corporation, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That all claims asserted by K-5 Leisure Products in the above-entitled action are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: 4/3/02

THE HONORABLE DONOVAN W. FRANK
U.S. District Court Judge

948732.1